UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOHN T. DIBBLE,

    **Plaintiff,**

v.

PATRICK J. QUINN, et al,

    **Defendants.**                                No. 13-cv-632-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 19, 2014 (Doc. 43) granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                        BY:   */s/Caitlin Fischer*
                                                     **Deputy Clerk**

Dated:   May 19, 2014

Digitally signed by David R. Herndon
Date: 2014.05.19 15:55:47 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT